B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re **Hubbard Properties, LLC** Case No. ______

Debtor(s) Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Investors Warranty of America, Inc.<br>4333 Edgewood Rd NE<br>Cedar Rapids, IA 52499** | **Investors Warranty of America, Inc.<br>4333 Edgewood Rd NE<br>Cedar Rapids, IA 52499** | **Real property located at 179 Boardwalk Place W, Madeira Beach, FL 33708-2692 Parcel ID No. 15-31-15-58320-002 -0050** | **Unliquidated<br>Disputed** | **22,000,000.00<br><br>(12,000,000.00 secured)** |
| **James M. Madden<br>133 - 140th Avenue<br>Unit W<br>Madeira Beach, FL 33708** | **James M. Madden<br>133 - 140th Avenue<br>Unit W<br>Madeira Beach, FL 33708** | **Loan** | | **300,000.00** |
| **Progress Energy Florida<br>PO Box 33199<br>Saint Petersburg, FL 33733** | **Progress Energy Florida<br>PO Box 33199<br>Saint Petersburg, FL 33733** | **Utility** | | **45,841.16** |
| **SSA Security, Inc.<br>160 Pacific Avenue<br>Suite 222<br>San Francisco, CA 94111** | **SSA Security, Inc.<br>160 Pacific Avenue<br>Suite 222<br>San Francisco, CA 94111** | **Judgment** | | **32,313.91** |
| **Southern Equipment Service<br>1720 W. Cleveland Street<br>Tampa, FL 33606** | **Southern Equipment Service<br>1720 W. Cleveland Street<br>Tampa, FL 33606** | **Goods/Services rendered** | | **22,774.35** |
| **VanMiddlesworth & Co.<br>678 Fourth Street No.<br>Saint Petersburg, FL 33701** | **VanMiddlesworth & Co.<br>678 Fourth Street No.<br>Saint Petersburg, FL 33701** | **Accounting services** | | **20,286.00** |
| **Bacon & Bacon, P.A.<br>2959 First Avenue North<br>Saint Petersburg, FL 33713** | **Bacon & Bacon, P.A.<br>2959 First Avenue North<br>Saint Petersburg, FL 33713** | **Services rendered** | | **18,779.36** |
| **Florida Suncoast Tourism<br>10750 75th Street<br>Seminole, FL 33777** | **Florida Suncoast Tourism<br>10750 75th Street<br>Seminole, FL 33777** | **Advertising** | | **13,825.00** |
| **Duncan Seawall<br>2253 Industrial Blvd.<br>Venice, FL 34285** | **Duncan Seawall<br>2253 Industrial Blvd.<br>Venice, FL 34285** | **Goods/Services rendered** | | **12,598.31** |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

In re **Hubbard Properties, LLC** Case No. ______

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **McQuay International<br>13600 Industrial Park Blvd.<br>Minneapolis, MN 55441** | **McQuay International<br>13600 Industrial Park Blvd.<br>Minneapolis, MN 55441** | **Judgment** | | **10,884.78** |
| **Advanced Engineered Systems<br>Corp.<br>8621 E Dr. ML King, Jr. Blvd<br>Tampa, FL 33610** | **Advanced Engineered Systems Corp.<br>8621 E Dr. ML King, Jr. Blvd<br>Tampa, FL 33610** | **Judgment** | | **8,330.60** |
| **Morris Visitor Publications<br>PO Box 1584<br>Augusta, GA 30903** | **Morris Visitor Publications<br>PO Box 1584<br>Augusta, GA 30903** | **Advertising** | | **4,927.00** |
| **Highland Products Group LLC<br>8712 Somersworth PL<br>Tampa, FL 33634** | **Highland Products Group LLC<br>8712 Somersworth PL<br>Tampa, FL 33634** | **Goods/Services rendered** | | **4,657.86** |
| **Quality Building Controls<br>2710 E. 7th Ave<br>Tampa, FL 33605** | **Quality Building Controls<br>2710 E. 7th Ave<br>Tampa, FL 33605** | **Goods/Services rendered** | | **4,125.00** |
| **Jack Rice Insurance<br>13080 Belcher Rd. South<br>Largo, FL 33773** | **Jack Rice Insurance<br>13080 Belcher Rd. South<br>Largo, FL 33773** | **Insurance** | | **2,689.64** |
| **Commercial Florida Management, LLC<br>408 Ridgewood Street<br>Orlando, FL 32801** | **Commercial Florida Management, LLC<br>408 Ridgewood Street<br>Orlando, FL 32801** | **Commercial property management services** | | **2,491.14** |
| **Florida Detroit Diesel<br>8411 East Adamo Drive<br>Tampa, FL 33619** | **Florida Detroit Diesel<br>8411 East Adamo Drive<br>Tampa, FL 33619** | **Goods/Services rendered** | | **2,383.41** |
| **Digital Telecom & Technology<br>11801-6 28th Street No.<br>Saint Petersburg, FL 33716** | **Digital Telecom & Technology<br>11801-6 28th Street No.<br>Saint Petersburg, FL 33716** | **Goods/Services rendered** | | **2,143.42** |
| **CJ Publishers, Inc.<br>PO Box 857<br>Pinellas Park, FL 33780** | **CJ Publishers, Inc.<br>PO Box 857<br>Pinellas Park, FL 33780** | **Goods/Services rendered** | | **1,900.00** |
| **Florida Info Guide<br>4908 38th Way South<br>Unit 305<br>Saint Petersburg, FL 33711** | **Florida Info Guide<br>4908 38th Way South<br>Unit 305<br>Saint Petersburg, FL 33711** | **Advertising** | | **1,500.00** |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com 

In re **Hubbard Properties, LLC** Case No. ______________________

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 27, 2011** Signature **/s/ Patricia Hubbard**

**Patricia Hubbard**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy