**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORDIA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **HUBBARD PROPERTIES, LLC,** | ) | **Case No. 8:11-bk-01274-KRM** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

**MOTION OF INVESTORS WARRANTY OF AMERICA, INC. FOR DETERMINATION THAT DEBTOR IS A SINGLE ASSET REAL ESTATE CASE**

Creditor, Investors Warranty of America, Inc. ("IWA"), moves this Court for entry of an order determining that the Debtor, Hubbard Properties, LLC ("Hubbard") is a single asset real estate as that term is defined at §101(51B) of the Bankruptcy Code and is subject to the provisions of the Bankruptcy relating to single asset real estate.

**Factual Background**

1. Hubbard is the owner of real property located in Pinellas County, Florida (the "Property").

2. The Property consists of commercial property which generates substantially all of Hubbard's gross income and Hubbard conducts no substantial business other than the business of operating the Property and activities incidental thereto.

3. IWA's claim is secured by an interest in the Property.

4. On January 27, 2011 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code [Docket No. 1]. On that petition, the Debtor selected "Other" as the Nature of its Business.

5. Later on the Petition Date, the Debtor filed its Amended Voluntary Petition [Docket No. 4]. On the Amended Voluntary Petition, the Debtor again selected "Other" as the Nature of its Business.

6. IWA submits there is no argument that Hubbard's Chapter 11 case is a single asset real estate case and that Hubbard should be subject to the Bankruptcy Code's rules and provisions with respect to single asset real estate.

7. IWA submits that it is necessary for the Court to determine no later than sixty (60) days after the entry of the order for relief in this case whether this is a single asset real estate case so that IWA may be afforded the protections granted it under 11 U.S.C. §362.

WHEREFORE, premises considered, IWA moves this Court for a final determination no later than sixty (60) days after the entry of the order for relief in this case that the nature of the Debtor's business is Single Asset Real Estate as defined in 11 U.S.C. §101(51B).

Respectfully submitted,

/s/ W. Keith Fendrick

W. Keith Fendrick, Esq.
Florida Bar No. 0612154
keith.fendrick@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa St., Suite 4100
Tampa, FL 33602
Phone: 813-227-8500
Fax: 813-229-0134

*Attorneys for Investors Warranty of America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2011 a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to the following:

David S. Jennis, Esq., Attorney for the Debtor
Jennis & Bowen, P.L.
400 N. Ashley Drive, Suite 2540
Tampa, FL 33602

U.S. Trustee
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602

I further certify that on January 27, 2011 a true and correct copy of the foregoing instrument was furnished via U.S. Mail to Debtor, Hubbard Properties, LLC, 150 John's Pass Boardwalk West, Madeira Beach, FL 33708, and either via e-mail or First Class U.S. Mail to all other parties listed on the attached Local Rule 1007-2 Parties In Interest matrix.

/s/ W. Keith Fendrick
Attorney

#10087634_v1

Label Matrix for local noticing
113A-8
Case 8:11-bk-01274-KRM
Middle District of Florida
Tampa
Thu Jan 27 13:31:38 EST 2011

Advanced Engineered Systems
Corp.
8621 E Dr. ML King, Jr. Blvd
Tampa, FL 33610

Bacon & Bacon, P.A.
2959 First Avenue North
Saint Petersburg, FL 33713-8605

CJ Publishers, Inc.
PO Box 857
Pinellas Park, FL 33780-0857

Commercial Florida
Management, LLC
408 Ridgewood Street
Orlando, FL 32803-5619

Department of Labor and Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee FL 32399 0648

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Digital Telecom & Technology
11801-6 28th Street No.
Saint Petersburg, FL 33716-1813

Duncan Seawall
2253 Industrial Blvd.
Venice, FL 34285

Florida Detroit Diesel
8411 East Adamo Drive
Tampa, FL 33619-3517

Florida Info Guide
4908 38th Way South
Unit 305
Saint Petersburg, FL 33711-4844

Florida Suncoast Tourism
10750 75th Street
Seminole, FL 33777-1422

Highland Products Group LLC
8712 Somersworth PL
Tampa, FL 33634-1029

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Investors Warranty of
America, Inc.
4333 Edgewood Rd NE
Cedar Rapids, IA 52499-0001

Jack Rice Insurance
13080 Belcher Rd. South
Largo, FL 33773-1658

James M. Madden
133 - 140th Avenue
Unit W
Madeira Beach, FL 33708-2088

David S. Jennis
Jennis & Bowen, P.L.
400 N Ashley Drive, Suite 2540
Tampa, FL 33602-4317

McQuay International
13600 Industrial Park Blvd.
Minneapolis, MN 55441-3743

Morris Visitor Publications
PO Box 1584
Augusta, GA 30903-1584

Office of US Attorney
Attn Civil Process Clerk
400 North Tampa St Suite 3200
Tampa FL 33602-4774

Progress Energy Florida
PO Box 33199
Saint Petersburg, FL 33733-8199

Quality Building Controls
2710 E. 7th Ave
Tampa, FL 33605-4106

SSA Security, Inc.
160 Pacific Avenue
Suite 222
San Francisco, CA 94111-1976

Southern Equipment Service
1720 W. Cleveland Street
Tampa, FL 33606-1811

United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

VanMiddlesworth & Co.
678 Fourth Street No.
Saint Petersburg, FL 33701-2398

End of Label Matrix
Mailable recipients 26
Bypassed recipients 0
Total 26