# United States Bankruptcy Court

## Middle District of Florida

In re    **Hubbard Properties, LLC** _____ ,

Debtor

Case No.   **8:11-bk-1274-KRM**

Chapter             **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 12,000,000.00 | | |
| B - Personal Property | Yes | 4 | 572,058.65 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 22,030,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 1,799,629.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 12,572,058.65 | | |
| Total Liabilities | | | | 23,829,629.70 | |

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Hubbard Properties, LLC** _____ ,
                                 Debtor

Case No.   **8:11-bk-1274-KRM**

Chapter                 **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Hubbard Properties, LLC**                             ,        Case No.  **8:11-bk-1274-KRM**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real property located at 150 John's Pass Boardwalk West, Madeira Beach, FL 33708-2692 Parcel ID No. 15-31-15-58320-002-0050** | | - | **12,000,000.00** | **22,000,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **12,000,000.00** | (Total of this page) |
| Total > | **12,000,000.00** | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

In re    **Hubbard Properties, LLC**                                          , Case No.    **8:11-bk-1274-KRM**
_____
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America (Lender's Lockbox)** Amount of $227,645.93 held as of December 31, 2010 per property management report | - | **Unknown** |
| | | **Commercial Florida Management (Grubb & Ellis) Wachovia Operating Account No. XXXXXXXXX2570** | - | 8,505.32 |
| | | **Fifth Third Bank Account No. XXXXXX3992** | - | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | **9,505.32** |
|---|---|---|
|  | (Total of this page) |  |

  **3**  continuation sheets attached to the Schedule of Personal Property

In re  **Hubbard Properties, LLC**                                      Case No.  **8:11-bk-1274-KRM**
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Amounts due from Denim Enterprises, LLC | - | 119.25 |
| | | Amounts due from Nagasti, Inc. d/b/a Gray's Jewelers (subject to setoff for tenant loan) | - | 18,065.08 |
| | | Amounts due from Natural Comfort d/b/a Florida Footwear | - | 11,297.60 |
| | | Amounts due from The Shipwreck Store | - | 3,000.00 |
| | | Amounts due from Caribongo, LLC | - | 4,520.20 |
| | | Amounts due from Pirates of the Pass | - | 3,000.00 |
| | | Amounts due from Bubba Gump Shrimp Co. | - | 8,121.22 |
| | | Amounts due from Butterfield Bros., LLC d/b/a Kilwin's of John's Pass (subject to setoff for tenant loan) | - | 24,429.29 |
| | | Amounts due from MyOrleans, LLC d/b/a Addicted to the Bean | - | 833.16 |
| | | Amounts due from Happy Feet USA, Inc. | - | 1,837.34 |
| | | Amounts due from Friendly Fisherman Restaurant | - | 18,527.66 |

Sub-Total >        93,750.80
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **Hubbard Properties, LLC** , Case No. **8:11-bk-1274-KRM**
_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Amounts due from Florida Fisherman, Inc. (Additional CAM expenses due; amount undetermined)** | - | 19,875.53 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **BP Claim - Gulf Coast Claims Facility** | - | 350,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential claims against Investors of America Warranty, Inc. and/or its agents (investigation pending)** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

Sub-Total >   369,875.53
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

In re **Hubbard Properties, LLC**                               Case No.   **8:11-bk-1274-KRM**
_____ ,
                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **File Cabinet** | - | **394.00** |
| | | **Benches** | - | **2,329.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Signage** | - | **10,000.00** |
| | | **Parking Control Equipment** | - | **45,353.00** |
| | | **Parking Booth** | - | **36,951.00** |
| | | **Pump, Timer, Pipe** | - | **3,900.00** |

|  | Sub-Total > | 98,927.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 572,058.65 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Hubbard Properties, LLC**                 ,       Case No.   **8:11-bk-1274-KRM**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **BP Claim - Gulf Coast Claims Facility** | | | | | |
| **Creditor #: 1**<br>**Butterfield Bros.**<br>**d/b/a Kilwins of John's Pass**<br>**160 John's Pass Boardwalk**<br>**Saint Petersburg, FL 33708** | | - | | | | | | | | |
| | | | | | Value $        **350,000.00** | | | | **15,000.00** | **0.00** |
| Account No. | | | | | **Mortgage and Security Agreement** | | | | | |
| **Creditor #: 2**<br>**Investors Warranty of America, Inc.**<br>**4333 Edgewood Rd NE**<br>**Cedar Rapids, IA 52499** | | - | | | **Real property located at 150 John's Pass Boardwalk West, Madeira Beach, FL 33708-2692**<br>**Parcel ID No. 15-31-15-58320-002-0050** | X | X | | | |
| | | | | | Value $     **12,000,000.00** | | | | **22,000,000.00** | **10,000,000.00** |
| Account No. | | | | | | | | | | |
| **Aegon USA Realty Advisors**<br>**Attn: Jim Henderson**<br>**4333 Ridgewood Road N.E.**<br>**Cedar Rapids, IA 52499-5223** | | | | | **Additional notice:**<br>**Investors Warranty of** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **W. Keith Fendrick**<br>**Holland & Knight**<br>**PO Box 1288**<br>**Tampa, FL 33601-1288** | | | | | **Additional notice:**<br>**Investors Warranty of** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
|    **1**    continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **22,015,000.00** | **10,000,000.00** |

In re  **Hubbard Properties, LLC**                                    ,        Case No.  **8:11-bk-1274-KRM**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **BP Claim - Gulf Coast Claims Facility** | | | | | |
| **Creditor #: 3** **Nagasti d/b/a Gray Jewelers** **172 Johns Pass Boardwalk** **Saint Petersburg, FL 33705** | - | | | | | | | | | |
| | | | | | Value $                    **350,000.00** | | | | **15,000.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **15,000.00** | **0.00** |
| Total (Report on Summary of Schedules) | **22,030,000.00** | **10,000,000.00** |

.

In re   **Hubbard Properties, LLC**                                                          Case No.   **8:11-bk-1274-KRM**
_____ ,
                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____ **1** _____ continuation sheets attached

In re __Hubbard Properties, LLC_____ ,    Case No. __8:11-bk-1274-KRM_____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 1 Pinellas County Tax Coll. P.O. Box 2943 Clearwater, FL 33757-2943** | - | | **2011 Property taxes not yet assessed** | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 — 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 — 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    **Hubbard Properties, LLC**               ,      Case No.  **8:11-bk-1274-KRM**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Judgment | | | | |
| Creditor #: 1 **Advanced Engineered Systems Corp.** **8621 E Dr. ML King, Jr. Blvd** **Tampa, FL 33610** | | - | | | | | | | 8,330.60 |
| Account No. | | | | | Additional notice: | | | | |
| **Amy L. Drushal** **Trenam Kemker** **101 E. Kennedy Blvd** **Suite 2700** **Tampa, FL 33602** | | | | | **Advanced Engineered Systems** | | | | **Notice Only** |
| Account No. | | | | | Services rendered | | | | |
| Creditor #: 2 **Bacon & Bacon, P.A.** **2959 First Avenue North** **Saint Petersburg, FL 33713** | | - | | | | | | | 18,779.36 |
| Account No. | | | | | Goods/Services rendered | | | | |
| Creditor #: 3 **Best Read - Tampa** **c/o Ralph S. Marcadis** **5104 S. Westshore Blvd** **Tampa, FL 33611** | | - | | | | | | | 8,906.75 |
| | | | | | | Subtotal (Total of this page) | | | 36,016.71 |

  **7**   continuation sheets attached

In re **Hubbard Properties, LLC**                                  Case No. **8:11-bk-1274-KRM**
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4** Creditor: **4** **Broderick & Assoc., Inc.** **5514 Park Blvd** **Pinellas Park, FL 33781** | - | | Lease commission due (includes $25,000 due to Walter Dickinson of Tampa Bay, Inc. as co-broker) | | | | 50,000.00 |
| Account No. Creditor #: **5** **CJ Publishers, Inc.** **PO Box 857** **Pinellas Park, FL 33780** | - | | Goods/Services rendered | | | | 1,900.00 |
| Account No. Creditor #: **6** **Commercial Florida Advisors** **Attn: Don Lombardi, ALC** **3030 N. Rocky Point Dr. West** **Suite 560** **Tampa, FL 33607** | - | | Tax consultant | | | | Unknown |
| Account No. Creditor #: **7** **Critical System Solution LLC** **2830 Scherer Drive** **Saint Petersburg, FL 33716** | - | | Goods/Services rendered | | | | 1,369.75 |
| Account No. Creditor #: **8** **Digital Telecom & Technology** **11801-6 28th Street No.** **Saint Petersburg, FL 33716** | - | | Goods/Services rendered | | | | 2,143.42 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                55,413.17

In re   **Hubbard Properties, LLC**                                    Case No.   **8:11-bk-1274-KRM**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods/Services rendered | | | | |
| **Creditor #: 9**<br>**Door & Hardware Openings**<br>**5712 W. Sligh Avenue**<br>**Tampa, FL 33634** | - | | | | | | |
| | | | | | | | 313.51 |
| Account No. | | | Goods/Services rendered | | | | |
| **Creditor #: 10**<br>**Duncan Seawall**<br>**2253 Industrial Blvd.**<br>**Venice, FL 34285** | - | | | | | | |
| | | | | | | | 12,598.31 |
| Account No. | | | Goods/Services rendered | | | | |
| **Creditor #: 11**<br>**Florida Detroit Diesel**<br>**8411 East Adamo Drive**<br>**Tampa, FL 33619** | - | | | | | | |
| | | | | | | | 5,383.41 |
| Account No. | | | Advertising | | | | |
| **Creditor #: 12**<br>**Florida Info Guide**<br>**4908 38th Way South**<br>**Unit 305**<br>**Saint Petersburg, FL 33711** | - | | | | | | |
| | | | | | | | 1,500.00 |
| Account No. | | | Advertising | | | | |
| **Creditor #: 13**<br>**Florida Suncoast Tourism**<br>**10750 75th Street**<br>**Seminole, FL 33777** | - | | | | | | |
| | | | | | | | 39,100.46 |

Sheet no. __2__ of __7__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)          **58,895.69**

In re **Hubbard Properties, LLC** , Case No. **8:11-bk-1274-KRM**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **14** Creditor #: 14 **General Elevator Sales & Svc** **6218 147th Ave N.** **Clearwater, FL 33760** | - | | Goods/Services rendered | | | | 1,215.00 |
| Account No. Creditor #: 15 **Grainger** **Dept C- Pay** **Palatine, IL 60038-0001** | | | Goods/Services rendered | | | | 101.00 |
| Account No. Creditor #: 16 **HD Supply Facilities Mgmt.** **PO Box 509058** **San Diego, CA 92150-9058** | - | | Goods/Services rendered | | | | 264.22 |
| Account No. Creditor #: 17 **Highland Products Group LLC** **8712 Somersworth PL** **Tampa, FL 33634** | - | | Goods/Services rendered | | | | 4,657.86 |
| Account No. Creditor #: 18 **Home Depot** **PO Box 9055** **Des Moines, IA 50368** | - | | Purchases / Credit | | | | 258.61 |

Sheet no. **3** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,496.69**

In re    **Hubbard Properties, LLC**                                    ,        Case No.    **8:11-bk-1274-KRM**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Loan | | | | |
| **Creditor #: 19** **Lorraine Hubbard** **3401 Casablanca Avenue** **Saint Petersburg, FL 33706** | | - | | | | | | 400,000.00 |
| Account No. | | | | Goods/Services rendered | | | | |
| **Creditor #: 20** **Integrated Waste Solutions** **PO Box 426** **Caledonia, MS 39740** | | - | | | | | | 1,262.00 |
| Account No. | | | | Insurance | | | | |
| **Creditor #: 21** **Jack Rice Insurance** **13080 Belcher Rd. South** **Largo, FL 33773** | | - | | | | | | 2,689.64 |
| Account No. | | | | Loan | | | | |
| **Creditor #: 22** **James M. Madden** **133 - 140th Avenue** **Unit W** **Madeira Beach, FL 33708** | | - | | | | | | 300,000.00 |
| Account No. | | | | Judgment | | | | |
| **Creditor #: 23** **McQuay International** **13600 Industrial Park Blvd.** **Minneapolis, MN 55441** | | - | | | | | | 10,884.78 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

714,836.42

In re   **Hubbard Properties, LLC**                                    Case No.   **8:11-bk-1274-KRM**
_____,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ravi Batta Rosenfeld Stein Batta PA 11900 Biscayne Blvd Suite 505 Miami, FL 33181-2749** | | | Additional notice: McQuay International | | | | **Notice Only** |
| Account No. **Creditor #: 24 Morris Visitor Publications PO Box 1584 Augusta, GA 30903** | | - | Advertising | | | | **4,927.00** |
| Account No. **Creditor #: 25 Progress Energy Florida PO Box 33199 Saint Petersburg, FL 33733** | | - | Utility | | | | **Unknown** |
| Account No. **Creditor #: 26 Quality Building Controls 2710 E. 7th Ave Tampa, FL 33605** | | - | Goods/Services rendered | | | | **4,125.00** |
| Account No. **Creditor #: 27 Ranon, Inc. 5109 Howard Avenue Tampa, FL 33603-1417** | X | - | Settlement Agreement dated October 11, 2010 | | | | **617,500.00** |

Sheet no. **5** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**626,552.00**

In re __Hubbard Properties, LLC_____,  Case No. __8:11-bk-1274-KRM_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Landscaping services | | | | |
| Creditor #: 28 John Schoeller 14035 E. Parsley Drive Saint Petersburg, FL 33708 | | - | | | | | | 450.00 |
| Account No. | | | | Goods/Services rendered | | | | |
| Creditor #: 29 Southern Equipment Service 1720 W. Cleveland Street Tampa, FL 33606 | | - | | | | | | 22,774.35 |
| Account No. | | | | Judgment | | | | |
| Creditor #: 30 SSA Security, Inc. 160 Pacific Avenue Suite 222 San Francisco, CA 94111 | X | - | | | | | | 32,313.91 |
| Account No. | | | | Additional notice: SSA Security, Inc. | | | | |
| Dennis D. Leone Shankman Leone, P.A. 609 E. Jackson Street Suite 100 Tampa, FL 33602 | | | | | | | | Notice Only |
| Account No. | | | | Services rendered | | | | |
| Creditor #: 31 Standard Parking Corp. 900 N. Michigan Avenue Suite 1600 Chicago, IL 60611 | | - | | | | | | 403.51 |

Sheet no. __6___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            55,941.77

In re  **Hubbard Properties, LLC**                                    ,    Case No.   **8:11-bk-1274-KRM**
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods/Services rendered | | | | |
| Creditor #: 32 **TAB Glass & Window Corp** **2135 5th Avenue South #B** **Saint Petersburg, FL 33712-1304** | | - | | | | | | 191.25 |
| Account No. | | | | Loan | | | | |
| Creditor #: 33 **The Wilson M. Hubbard Trust** **c/o Lorraine Hubbard** **3401 Casablanca Ave** **Saint Petersburg, FL 33706** | | - | | | | | | 200,000.00 |
| Account No. | | | | Accounting services | | | | |
| Creditor #: 34 **VanMiddlesworth & Co.** **678 Fourth Street No.** **Saint Petersburg, FL 33701** | | - | | | | | | 20,286.00 |
| Account No. | | | | Telephone | | | | |
| Creditor #: 35 **Verizon Florida** **PO Box 920041** **Dallas, TX 75392-0041** | | - | | | | | | 0.00 |
| Account No. | | | | Invoice to Debtor for lease commission payable by Broderick & Assoc., Inc. per commission agreement | | | | |
| Creditor #: 36 **Walter Dickinson of Tampa Bay, Inc.** **210-B South MacDill Ave.** **Tampa, FL 33609** | | - | | | | | X | 25,000.00 |

Sheet no. __7___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 245,477.25 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,799,629.70 |

.

In re   **Hubbard Properties, LLC**              Case No.   **8:11-bk-1274-KRM**

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bubba Gump Shrimp Company Restaurants, Inc.**<br>**1510 West Loop South**<br>**Houston, TX 77027** | **Lease Agreement for Commercial Premises** |
| **Bureau of Public Land Administration**<br>**3900 Commonwealth Blvd**<br>**Mail Station No. 125**<br>**Tallahassee, FL 32399** | **Sovereignty Submerged Land Lease** |
| **Butterfield Bros, LLC**<br>**d/b/a Kilwins of Johns Pass**<br>**160 John's Pass Boardwalk**<br>**Saint Petersburg, FL 33708** | **Lease Agreement for Commercial Premises** |
| **Caribongo, LLC**<br>**6003 - 28th Street East**<br>**Bradenton, FL 34203** | **Lease Agreement for Commercial Premises** |
| **Commercial Florida Mgmt**<br>**408 East Ridgewood Ave**<br>**Orlando, FL 32801** | **Management Agreement** |
| **Denim Enterprises, LLC**<br>**12022 92nd Way North**<br>**Largo, FL 33773** | **Lease Agreement for Commercial Premises** |
| **Florida Fisherman, Inc.**<br>**170 Johns Pass Boardwalk**<br>**Saint Petersburg, FL 33708** | **Lease Agreement for Commercial Premises and Mooring Slips** |
| **Friendly Fisherman Rest. LLC**<br>**c/o Kathleen H. McDole**<br>**10730 52nd Ave North**<br>**Saint Petersburg, FL 33708** | **Lease Agreement for Commercial Premises** |
| **Happy Feet USA, Inc.**<br>**1101 N. Keller Rd. #D**<br>**Orlando, FL 32810** | **Lease Agreement for Commercial Premises** |
| **Hooters of John's Pass, Inc.**<br>**107 Hampton Road**<br>**Suite 200**<br>**Clearwater, FL 33759** | **Lease Agreement for Commercial Premises** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Hubbard Properties, LLC**                                              Case No.    **8:11-bk-1274-KRM**
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Johnson Controls, Inc.**<br>**3802 Sugar Palm Drive**<br>**Tampa, FL 33619** | **Fire Alarm Monitoring** |
| **Myorleans, LLC**<br>**d/b/a Addicted to the Bean**<br>**152 - 129th Avenue West**<br>**Saint Petersburg, FL 33708** | **Lease Agreement for Commercial Premises** |
| **Nagasti, Inc.**<br>**d/b/a Gray Jewelers**<br>**172 Johns Pass Boardwalk**<br>**Saint Petersburg, FL 33708** | **Lease Agreement for Commercial Premises** |
| **Natural Comfort Footwear Inc**<br>**186 Johns Pass Boardwalk W.**<br>**Saint Petersburg, FL 33708** | **Lease Agreement for Commercial Premises** |
| **Schindler Elevator**<br>**1530 Timberwolf Drive**<br>**Holland, OH 43528-9161** | **Extended Warranty Agreement** |
| **SP Plus Maintenance**<br>**900 N. Michigan Ave**<br>**Suite 1600**<br>**Chicago, IL 60611** | **Porter and Maintenance Services** |
| **Standard Parking Corp.**<br>**900 N. Michigan Ave**<br>**Suite 1600**<br>**Chicago, IL 60611** | **Service Contract for Parking Facility Management dated May 29, 2009** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Hubbard Properties, LLC**                                       ,      Case No.   **8:11-bk-1274-KRM**

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hubbard Enterprises Inc.**<br>**150 John's Pass Boardwalk W**<br>**Saint Petersburg, FL 33708** | **SSA Security, Inc.**<br>**160 Pacific Avenue**<br>**Suite  222**<br>**San Francisco, CA 94111** |
| **Hubbard Enterprises, Inc.**<br>**150 John's Pass Boardwalk W**<br>**Saint Petersburg, FL 33708** | **Ranon, Inc.**<br>**5109 Howard Avenue**<br>**Tampa, FL 33603-1417** |

**0**

\_\_\_\_ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida

In re __Hubbard Properties, LLC__       Case No. __8:11-bk-1274-KRM__
<br>Debtor(s)       Chapter __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __23__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __February 10, 2011__       Signature __/s/ Patricia Hubbard__
<br>**Patricia Hubbard**
<br>**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.