## United States Bankruptcy Court
### Middle District of Florida

In re **Hubbard Properties, LLC**, Debtor

Case No. **8:11-bk-1274-KRM**

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jacqueline M. Hubbard**<br>**3401 Casablanca Avenue**<br>**Saint Petersburg, FL 33706** | | **4.936%** | **Membership Interest** |
| **Jeffrey W. Hubbard**<br>**13500 1st Street East, #A**<br>**Saint Petersburg, FL 33708** | | **4.936%** | **Membership Interest** |
| **Kathleen H. McDole**<br>**10730 - 52nd Ave. No.**<br>**Saint Petersburg, FL 33708** | | **4.936%** | **Membership Interest** |
| **Lorraine Hubbard**<br>**3401 Casablanca Avenue**<br>**Saint Petersburg, FL 33706** | | **32.725%** | **Membership Interest** |
| **Mark F. Hubbard**<br>**931 - 79th Street South**<br>**Saint Petersburg, FL 33707** | | **4.936%** | **Membership Interest** |
| **Michael E. Hubbard**<br>**4353 50th Terrace South**<br>**Saint Petersburg, FL 33711** | | **4.935%** | **Membership Interest** |
| **Patricia Hubbard**<br>**PO Box 9482**<br>**Saint Petersburg, FL 33740** | | **4.936%** | **Membership Interest** |
| **The Wilson M. Hubbard Trust**<br>**3401 Casablanca Avenue**<br>**Saint Petersburg, FL 33706** | | **32.725%** | **Membership Interest** |
| **Thomas C. Hubbard**<br>**3401 Casablanca Avenue**<br>**Saint Petersburg, FL 33706** | | **4.935%** | **Membership Interest** |

**0** continuation sheets attached to List of Equity Security Holders

In re    **Hubbard Properties, LLC**  ,    Case No.  **8:11-bk-1274-KRM**
                                    Debtor

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 10, 2011**            Signature  **/s/ Patricia Hubbard**
                                                    **Patricia Hubbard**
                                                    **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C §§  152 and 3571.