UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Case No. 8:11−bk−01274−KRM
Chapter 11

Hubbard Properties, LLC
150 John's Pass Boardwalk West
Madeira Beach, FL 33708

        Debtor*       /

## ORDER ESTABLISHING DEADLINE
## FOR FILING PLAN AND DISCLOSURE STATEMENT

THIS CASE came on for status conference ("**Status Conference**") pursuant to Bankruptcy Code § 105(d) on 2/17/2011 . At the Status Conference, the Court reviewed the nature and size of the Debtor's business, the overall status of the case and considered the respective positions of the parties represented at the Status Conference. Based on that review, the Court has determined that it is appropriate in this case to implement the procedures described in this order governing the filing of a plan of reorganization ("**Plan**") and disclosure statement ("**Disclosure Statement**") to ensure that this case is handled expeditiously and economically. Accordingly, it is

**ORDERED:**

1. Claims Bar Date. As stated in the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors and Deadlines, any creditor (other than a Governmental unit) or equity security holder whose claim or interest is not scheduled or scheduled as disputed, contingent, or unliquidated shall file a proof of claim or interest by the date set for filing proof of claim, which is 75 days after the date of the order for relief. Governmental units shall file a proof of claim no later than 180 days after the date of the order for relief. A proof of claim form may be obtained from the clerk's office of any Bankruptcy Court. However, you can file via the internet by going to the Court's web site at http://pacer.flmb.uscourts.gov/cmecf/proofofclaim.htm and following the instructions under the section Electronic Filing of Proof of Claim Form. Copies of supporting documents, such as statements of account, invoices, ledger card, etc. should be attached to the proof of claim form. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

2. Plan and Disclosure Statement Filing Deadline. The Debtor shall file a Plan and Disclosure Statement on or before April 27, 2011 (the "**Filing Deadline**").

3. Contents of Disclosure Statement. The Disclosure Statement shall, at the minimum, contain adequate information pertaining to the Debtor in the following areas:

(a) Pre− and post−petition financial performance;

(b) Reasons for filing Chapter 11;

(c) Steps taken by the Debtor since filing of the petition to facilitate its reorganization;

(d) Projections reflecting how the Plan will be feasibly consummated;

(e) A liquidation analysis; and

(f) A discussion of the Federal tax consequences as described in section 1125(a)(1) of the Bankruptcy Code.

4. Consolidated Hearing on Disclosure Statement and Plan. Pursuant to section 105(d)(2)(B)(vi) of the Bankruptcy Code, the hearing on the approval of the Disclosure Statement shall be consolidated with the hearing on the confirmation of the Plan ("**Consolidated Hearing**") and shall be scheduled as set forth herein.

5. Procedures Governing Plan and Disclosure Statement.

(a) If the Disclosure Statement is timely filed, the Court shall review its adequacy. If the Disclosure Statement is found to be adequate, the Court shall enter an order of conditional approval, establishing pertinent deadlines and scheduling the Consolidated Hearing.

(b) If the Court determines that the Disclosure Statement does not contain adequate information, the Court shall schedule an expedited hearing to address the additional information that is required for the Court to enter an order conditionally approving the Disclosure Statement and scheduling a Consolidated Hearing.

(c) If the Debtor fails to file a Plan and Disclosure Statement by the Filing Deadline, the Court shall issue an Order to Show Cause why the case should not be dismissed or converted to a Chapter 7 case pursuant to section 1112(b)(1) of the Bankruptcy Code.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on February 24, 2011 .

_____
K. Rodney May
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.