UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

HUBBARD PROPERTIES, LLC,

       Debtor.
_____/

Chapter 11

Case No: 8:11-bk-1274-KRM

**JOINT MOTION TO RESCHEDULE FINAL
EVIDENTIARY HEARING ON THE MOTION OF INVESTORS
WARRANTY OF AMERICA, INC. FOR DETERMINATION
THAT DEBTOR IS A SINGLE ASSET REAL ESTATE CASE**

Hubbard Properties, LLC (the "Debtor"), and Investors Warranty of America, Inc. ("IWA"), by counsel, hereby request the entry of an order rescheduling the final evidentiary hearing on (a) the *Motion of Investors Warranty of America, Inc. for Determination That Debtor is a Single Asset Real Estate Case* (Doc. No. 13) (the "Motion"), and (b) the Debtor's *Amended Response in Opposition to Investors Warranty of America, Inc.'s Motion for Determination that Debtor's Case is a "Single Asset Real Estate" Case* (Doc. No. 44) (the "Response"), together with related deadlines, currently scheduled for March 7, 2011 at 9:30 a.m. (the "Evidentiary Hearing"), until the first available hearing time on or after April 27, 2011, and as grounds state as follows:

**Background**

1.     The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on January 27, 2011 (the "Petition Date").

2. The Debtor is continuing in possession of its property and operating and managing its business as debtor-in-possession pursuant to Sections 1107 and 1108 of Title 11 of the United States Code (the "Bankruptcy Code").

3. No trustee or examiner has been appointed and no committee has been appointed or designated.

4. On February 17, 2011, the Court held a preliminary hearing on the Motion and Response (the "Hearing"). In accordance with the Court's ruling, on February 24, 2011, the Court entered its *Order Setting Final Evidentiary Hearing* (Doc. No. 51) (the "FEH Order"), scheduling the Evidentiary Hearing on the issues raised in the Motion and Response, as identified by the Court at the Hearing, for March 7, 2011, at 9:30 a.m.

**Relief Requested**

5. The Debtor and IWA have agreed that the Evidentiary Hearing should be continued for approximately sixty (60) days.

6. The Debtor and IWA submit that additional time is needed to allow the Debtor to formulate a plan of reorganization, to facilitate any potential settlement, and to conduct and complete any discovery in the event efforts at settlement are not successful.

WHEREFORE, the Debtor and IWA respectfully request the entry of an order (a) rescheduling the Evidentiary Hearing from March 7, 2011, for approximately sixty (60) days, or until the first available hearing time on or after April 27, 2011, as the Court's calendar permits, (b) extending any deadlines associated with the Evidentiary Hearing, and

(c) for such other and further relief as the Court deems appropriate.

DATED this 1st day of March, 2011.

| | |
|---|---|
| */s/ Kathleen L. DiSanto* | */s/ W. Keith Fendrick* |
| David S. Jennis | W. Keith Fendrick |
| Florida Bar No. 775940 | Florida Bar No. 0612154 |
| Kathleen L. DiSanto | **Holland & Knight, LLP** |
| Florida Bar No. 0058512 | 100 N. Tampa St., Ste. 4100 |
| **Jennis & Bowen, P.L.** | Tampa, FL 33602 |
| 400 N. Ashley Dr., Ste. 2540 | Telephone: (813) 227-8500 |
| Tampa, FL 33602 | Facsimile: (813) 229-0134 |
| Telephone: (813) 229-1700 | Email: keith.fendrick@hklaw.com |
| Facsimile: (813) 229-1707 | |
| Email: kdisanto@jennisbowen.com | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by the Court's CM/ECF electronic service to **W. Keith Fendrick**, Holland & Knight, LLP**,** 100 N. Tampa St., Ste. 4100, Tampa, FL 33602; and **United States Trustee**, 501 E. Polk St., Ste. 1200, Tampa, FL 33602 and any parties receiving CM/ECF service on this 1st day of March, 2011.

                                      */s/ Kathleen L. DiSanto*
                                      Kathleen L. DiSanto