UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Case No. 8:11-bk-1274-KRM
                                                                    Chapter 11

HUBBARD PROPERTIES, LLC,

       Debtor.
_____/

**ORDER CONDITIONALLY APPROVING
DISCLOSURE STATEMENT, FIXING TIME TO FILE
OBJECTIONS TO THE DISCLOSURE STATEMENT, FIXING
TIME TO FILE APPLICATIONS FOR ADMINISTRATIVE EXPENSES,
SETTING HEARING ON CONFIRMATION OF THE PLAN, AND
SETTING DEADLINES WITH RESPECT TO CONFIRMATION HEARING**

THIS CASE came on for consideration of the conditional approval of the disclosure statement ("Disclosure Statement") filed by the Debtor on April 27, 2011, (Document No. 83). Based upon a review of the Disclosure Statement, the court has determined that the Disclosure Statement contains adequate information within the meaning of Bankruptcy Code Section 1125 and should be conditionally approved. Accordingly, it is

**ORDERED:**

1. <u>Conditional Approval of Disclosure Statement</u>. The Disclosure Statement is conditionally approved subject to the rights of parties to object as described below.

2. <u>Objections to Disclosure Statement</u>. Any written objections to the Disclosure Statement shall be filed with the court and served on the Local Rule 1007-2 Parties in Interest List no later than seven (7) days prior to the date of the hearing on confirmation as set forth below ("Confirmation Hearing"). If no objections are filed within the time fixed, the conditional approval of the Disclosure Statement shall become final. Any objections or requests to modify the Disclosure Statement shall be considered at the Confirmation Hearing.

3. <u>Confirmation Hearing</u>. The court will conduct a hearing on confirmation of the Plan, including timely filed objections to confirmation, objections to the disclosure statement, motions for cramdown, applications for compensation, and motions for allowance of administrative claims on **June 16, 2011 at 1:30 p.m.** in Courtroom 9B, United States Bankruptcy Court, 801 North Florida Avenue, Tampa, Florida. An election of application of Bankruptcy Code Section 1111(b)(2) by a class of secured creditors may

be made at any time prior to the conclusion of the Confirmation Hearing. The hearing may be adjourned from time to time by announcement made in open court without further notice. If the Plan is not confirmed, the court will also consider dismissal or conversion of the case.

At the hearing, in a small business case, the debtor may seek to extend the time for confirmation of the plan, pursuant to the provisions of 11 U.S.C. Section 1121(e).

4. Date for Acceptance or Rejection of the Plan. Parties in interest shall file with the court their written ballots accepting or rejecting the Plan no later than eight (8) days before the date of the Confirmation Hearing.

5. Objections to Confirmation. Objections to confirmation shall be filed with the court and served on the Local Rule 1007-2 Parties in Interest List no later than seven (7) days before the date of the Confirmation Hearing.

6. Ballot Tabulation. In accordance with M.D. Fla. L.B.R. 3018-1(a), the Debtor(s) shall file a ballot tabulation no later than three (3) days before the date of the Confirmation Hearing.

**7. Service of Solicitation Package. No later than seven (7) days after entry of this order, the Debtor shall serve all parties entitled to service under Fed. R. Bankr. P. 3017(d) with copies of the Plan, Disclosure Statement, this order, and ballots for accepting or rejecting the Plan and a certificate of service evidencing service of same shall be filed with the court within three (3) days thereafter.**

8. Administrative Claims Bar Date. All creditors and parties in interest that assert a claim against the Debtor which arose after the filing of this case, including all professionals seeking compensation from the estate of the Debtor pursuant to Bankruptcy Code Section 330, must file motions or applications for the allowance of such claims with the court **no later than fourteen (14) days** after the entry of this order. Applications for payment of administrative expenses will be heard at same date and time as the Confirmation Hearing if the applicant has served notice of the hearing on the application (expressly stating the total amount requested) on all creditors at least twenty-one (21) days' before the hearing (e.g., twenty-one days prior to the date of the Confirmation Hearing). Any motion or application not noticed in time to be heard at the Confirmation Hearing will be scheduled for hearing at a later date.

(a) **Notice of Hearing on Application for Compensation.** Any party that files an application for compensation is responsible for noticing the hearing on said application. As referenced above, only those applications that provide all creditors notice of the hearing on the application for compensation with at least twenty-one (21) days notice, may use the date and time set for the Confirmation Hearing. The notice of

hearing must include the amount requested in the application and the date and time set for the Confirmation Hearing, pursuant to Bankruptcy Rule 2002.

9. <u>Confirmation Affidavit</u>. Three (3) days prior to the Confirmation Hearing, the Debtor(s) shall file a confirmation affidavit which shall contain the factual basis upon which the Debtor(s) relies in establishing that each of the requirements of Bankruptcy Code Section 1129 are met.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on <u>May 4, 2011.</u>

K. Rodney May
United States Bankruptcy Judge

Copies to:

Debtor
Debtor's Attorney
United States Trustee