UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

HUBBARD PROPERTIES, LLC,

        Debtor.
_____/

Chapter 11

Case No: 8:11-bk-1274-KRM

# DEBTOR'S MOTION TO REFER CONFIRMATION RELATED ISSUES TO MEDIATION AND RESCHEDULE CONFIRMATION HEARING AND EXTEND ALL RELATED DEADLINES

Hubbard Properties, LLC ("Debtor"), by counsel, seeks the entry of an order (i) referring to mediation all issues and disputes relating to confirmation of the *Plan of Reorganization of Hubbard Properties, LLC* (Doc. No. 82) (the "Plan") and final approval of the *Disclosure Statement in Connection with Plan of Reorganization of Hubbard Properties, LLC* (Doc. No. 83) (the "Disclosure Statement"), (ii) rescheduling the hearing to consider confirmation of the Plan and final approval of the Disclosure Statement currently scheduled for July 21, 2011, at 1:30 p.m. (the "Confirmation Hearing"), (iii) extending all confirmation and plan related deadlines, including the Debtor's exclusivity period, and (iv) treating the July 21, 2011 hearing as a status conference. In support, the Debtor states as follows:

**Background**

1. The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on January 27, 2011.

2. The Debtor is continuing in possession of its property as a debtor-in-possession, pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. On May 11, 2011, the United States Trustee for the Middle District of Florida appointed the Official Committee of Unsecured Creditors (the "Committee") pursuant to Section 1102 of the Bankruptcy Code.

4. This Court has jurisdiction over this Motion under Section 1334 of Title 28 of the United States Code. This matter is a core proceeding within the meaning of Section 157(b)(2)(A) of Title 28 of the United States Code.

5. On April 27, 2011, the Debtor filed the Plan and the Disclosure Statement.

6. On May 11, 2011, the Court entered an *Amended Order Conditionally Approving Disclosure Statement, Fixing Time to File Objections to the Disclosure Statement, Fixing Time to File Applications for Administrative Expenses, Setting Hearing on Confirmation of the Plan, and Setting Deadlines with Respect to Confirmation Hearing* (Doc. No. 93), which scheduled the Confirmation Hearing and established certain deadlines related to the Confirmation Hearing.

**Relief Requested**

7. Counsel for the Debtor, counsel for Investors Warranty of America ("IWA"), the Debtor's major secured creditor, and counsel for the Committee have engaged in productive informal discussions regarding achieving a possible consensual

plan of reorganization. Based on these discussions, and in an effort to maximize judicial efficiency and minimize the costs associated with the parties preparing for the currently scheduled Confirmation Hearing, the Debtor believes mediation on issues and disputes relating to the Plan and Disclosure Statement is appropriate.

8. To facilitate the proposed mediation, the Debtor also seeks to reschedule the Confirmation Hearing and extend all confirmation and plan related deadlines until a later date to allow the parties to properly mediate issues and disputes relating to the Plan and Disclosure Statement.

9. The Debtor filed its Plan within the exclusivity period provided under Section 1121(b) of the Bankruptcy Code. To the extent the requested extension requires an extension of the exclusivity period within which only the Debtor may file and solicit votes in favor of a plan of reorganization under Section 1121(c)(3), which currently expires on July 26, 2011, the Debtor seeks an extension of the exclusivity period through the conclusion of any rescheduled confirmation hearing.

10. The Debtor understands that the Committee will also be seeking a continuance of the Confirmation Hearing and associated deadlines.

11. The Debtor also understands that counsel for IWA does not oppose mediation, nor does counsel for IWA oppose continuing the Confirmation Hearing.

WHEREFORE, the Debtor respectfully requests the entry of an order (i) referring to mediation all issues and disputes relating to confirmation of the Plan and final approval of the Disclosure Statement, (ii) rescheduling the Confirmation Hearing, (iii) extending all confirmation and plan related deadlines, including the Debtor's exclusivity period, (iv)

treating the July 21, 2011 hearing as a status conference, and (v) for such other relief that the Court deems necessary and appropriate.

Dated this 8th day of July 2011.

>  */s/ James-Allen McPheeters*
> David S. Jennis
> Florida Bar No. 775940
> James-Allen McPheeters
> Florida Bar No. 0065434
> **Jennis & Bowen, P.L.**
> 400 N. Ashley Dr., Ste. 2540
> Tampa, FL 33602
> Telephone: (813) 229-1700
> Facsimile: (813) 229-1707
> djennis@jennisbowen.com
> jamcpheeters@jennisbowen.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic service and/or U.S. Mail, postage prepaid to**: Denise Barnett**, Office of the United States Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602, **Keith Fendrick**, Counsel for Investors Warranty of America, Inc., P.O. Box 1288, Tampa, FL 33601-1288; **Patrick M. Mosley,** Counsel for the Committee of Unsecured Creditors, Hill, Ward & Henderson, P.A., 101 E. Kennedy Blvd., Suite 3700, Tampa, FL, 33602; those parties in interest listed on the attached **L.B.R. 1007-2 List;** and to those parties who receive electronic notices via CM/ECF in the ordinary course of business, on this 8th day of July 2011.

> */s/ James-Allen McPheeters*
> James-Allen McPheeters

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:11-bk-01274-KRM<br>Middle District of Florida<br>Tampa<br>Fri Jul  8 15:48:54 EDT 2011 | Advanced Engineered Systems Corp.<br>c/o Amy L. Drushal, Esquire<br>Trenam Kemker<br>P. O. Box 1102<br>Tampa, FL 33601-1102 | Best Read - Tampa<br>c/o Ralph S. Marcadis<br>5104 S. Westshore Blvd<br>Tampa, FL 33611-5650 |
| Broderick & Assoc., Inc.<br>David A. Fernandez, Esq.<br>Englander and Fischer, LLP<br>721 1st Avenue North<br>St. Petersburg, FL 33701-3603 | Broderick & Assoc., Inc.<br>5514 Park Blvd<br>Pinellas Park, FL 33781-3326 | Carlos B. Ranon, President<br>Ranon, Inc.<br>5109 North Howard Ave<br>Tampa, FL 33603-1417 |
| Department of Labor and Security<br>Hartman Building Suite 307<br>2012 Capital Circle Southeast<br>Tallahassee FL 32399 0648 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Highland Products Group LLC<br>3350 NW Boca Raton Blvd.<br>Suite B2<br>Boca Raton, FL 33431-6636 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Investors Warranty of America, Inc.<br>c/o W. Keith Fendrick, Esq.<br>Holland & Knight, LLP<br>100 N. Tampa St., Ste. 4100<br>Tampa, FL 33602-3644 | James M. Madden<br>133 - 140th Ave East<br>Unit W<br>Madeira Beach, FL 33708-2088 |
| James M. Madden<br>133 - 140th Avenue<br>Unit W<br>Madeira Beach, FL 33708-2088 | Office of US Attorney<br>Attn Civil Process Clerk<br>400 North Tampa St Suite 3200<br>Tampa FL 33602-4774 | Pinellas County Tax Collector<br>c/o Diane Nelson, CFC<br>P O Box 10834<br>Clearwater, FL 33757-8834 |
| Quality Building Controls<br>10011 Williams Rd<br>Tampa, FL 33624-5047 | Ranon, Inc.<br>c/o Patrick M. Mosley<br>Hill, Ward & Henderson, P.A.<br>P.O. Box 2231<br>101 E. Kennedy Blvd, Ste 3700<br>Tampa, Florida 33602-5156 | Ranon, Inc.<br>5109 Howard Avenue<br>Tampa, FL 33603-1417 |
| SSA Security, Inc.<br>782 NW 42 Ave, Ste 429<br>Miami, FL 33126-5549 | William E. Johnson, Jr.<br>Southern Equipment Corp<br>1720 West Cleveland Street<br>Tampa, FL 33606-1811 | End of Label Matrix<br>Mailable recipients   19<br>Bypassed recipients    0<br>Total                 19 |