# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:  Chapter 11

HUBBARD PROPERTIES, LLC,  Case No. 8:11-bk-01274-KRM

    Debtor.
_____/

## MOTION TO ABATE AMENDED ORDER
## CONDITIONALLY APPROVING DISCLOSURE STATEMENT OF
## HUBBARD PROPERTIES, LLC AND TO CONTINUE CONFIRMATION HEARING

The Official Committee of Unsecured Creditors ("**Committee**"), by and through its undersigned counsel, files this Motion to Abate Amended Order Conditionally Approving Disclosure Statement of Hubbard Properties, LLC, and to Continue Confirmation Hearing ("**Motion**") pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure and requests that this Court abate the Amended Order Conditionally Approving Disclosure Statement (Doc No. 93) and continue the confirmation hearing schedule for July 21, 2011, to provide the Committee, Hubbard Properties, LLC ("**Debtor**") and Investors Warranty of America ("**IWA**") additional time to negotiate the terms of an agreed plan of reorganization. In support thereof, the Committee States as follows:

### Background

1. On January 27, 2011, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. Since the filing of its petition, the Debtor has continued in the ownership of their assets and the operation of its affairs pursuant to 11 U.S.C. §§ 1107 and 1108.

3. On May 11, 2011, the United States Trustee filed its Notice of Appointment of Creditors' Committee (Doc. No. 92).

1

4. On June 10, 2011, this Court entered is Order Approving Application to Employ Hill, Ward & Henderson, P.A. as Counsel for the Creditors Committee (Doc. No. 113).

5. On May 11, 2011, the Court entered its Amended Order Conditionally Approving Disclosure Statement, Fixing Time to File Objections to the Disclosure Statement, Fixing Time to File Applications for Administrative Expenses, Setting Hearing on Confirmation of the Plan, and Setting Deadlines with Respect to Confirmation Hearing (Doc. No. 93) (the "**Confirmation Hearing Order**"). The Confirmation Hearing Order scheduled the confirmation hearing for July 21, 2011, at 1:30 p.m. ("**Confirmation Hearing**"), and provided that the deadline for accepting or rejecting the plan is July 13, 2011, and objecting to confirmation is July 14, 2011.

6. Since its appointment, the Committee has requested copies of the Debtor's financial records and all documentation related to its relationship with its secured lender, IWA, to both (i) determine whether the Debtor's plan of reorganization is feasible as filed and provides the greatest distribution to unsecured creditors and (ii) ascertain whether certain actions of IWA in taking control of the Debtor's management and operations prior to the filing of this case impacts IWA's secured claim and liability to unsecured creditors.

7. To date, the Debtor has provided the Committee with limited financial information and still has not provided the undersigned with any and all leases associated with the Debtor's real and personal property which is comprised of a retail and entertainment complex located in Madeira Beach, Florida, commonly known as John's Pass Boardwalk. As the Debtor's financial condition has improved since the filing of this case it is imperative that the Committee have the opportunity to review the Debtor's current financial information to determine whether the plan of reorganization, as filed, provides the highest and best distribution to unsecured creditors.

8.       Contemporaneously with the filing of this Motion, the Committee filed its Objection to Proof Claim of Investors Warranty of America thereby asking the Court to determine the true value of IWA's secured claim and specifically reserving the right to bring any all claims against IWA related to its actions in taking control and managing the Debtor's operations prior to the filing of the instant case. Given that confirmation of any plan of reorganization filed in this case will turn on the amount and status of IWA's secured claim, it is imperative that any and all objections and claims against IWA be resolved prior to the scheduled confirmation hearing.

**Basis for Relief**

9.       Pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure, when an act is required to be done in a specified period of time pursuant to order of the court, the court for cause shown may order the period of time enlarged if the request to enlarge is made before the expiration of the period originally prescribed.

10.      As set forth above, there is good cause to abate the Confirmation Hearing Order and continue the Confirmation Hearing. Further, granting this Motion will not result in any undue delay or prejudice to any of the parties to this case and will likely lead to the filing of a consensual plan of reorganization.

11.      Counsel for the Committee is presently engaged in productive settlement communications with counsel for the Debtor regarding the filing of a consensual plan of reorganization. By abating the Confirmation Hearing Order and continuing the Confirmation Hearing the parties will have sufficient time to finalize their settlement discussions and to reach agreement on the terms of a consensual plan of reorganization.

12. Counsel for the Committee has conferred with counsel for Defendants and hereby certifies that counsel for the Debtor consents to the relief requested herein.

WHEREFORE, the Official Committee of Unsecured Creditors respectfully requests that this Court enter an Order: (i) granting this Motion; (ii) abating the Confirmation Hearing Order; (iii) continuing the Confirmation Hearing; and (iv) granting such other and further relief that this Court deems appropriate and just.

**DATED** this 8th day of July, 2011.

></br>
>*/s/ Patrick M. Mosley*
>Patrick M. Mosley
>Florida Bar No. 0033735
>pmosley@hwhlaw.com
>Hill, Ward & Henderson, PA
>101 E. Kennedy Blvd., Suite 3700
>Tampa, Florida 33602
>Telephone: (813) 221-3900
>Facsimile: (813) 221-2900
>*Counsel for Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Abate Amended Order Conditionally Approving Disclosure Statement of Hubbard Property, LLC and to Continue Confirmation Hearing has been provided by electronic notification via CM/ECF and/or by First Class U.S. Mail Postage Prepaid on this 8th day of July, 2011, to the following:

United States Trustee
501 East Polk Street, Suite 1200
Tampa, Florida 33602

Hubbard Properties, LLC
150 John's Pass Boardwalk West
Madeira Beach, FL 33708

David S. Jennis
Kathleen L. DiSanto
Jennis & Bowen, P.L.
400 N. Ashley Drive, Suite 2540
Tampa, Florida 33602

W. Keith Fendrick
Holland & Knight LLP
100 N. Tampa St., Suite 4100
Tampa, Florida 33602

                                                  */s/ Patrick M. Mosley*
                                                  Patrick M. Mosley