**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                           Chapter 11

HUBBARD PROPERTIES, LLC,          Case No. 8:11-bk-01274-KRM

           Debtor.
_____/

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OBJECTION
TO THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE
DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION**

The Official Committee of Unsecured Creditors ("**Committee**"), by and through its undersigned counsel, files this Official Committee of Unsecured Creditors Objection to the Disclosure Statement and Confirmation of the Debtor's Chapter 11 Plan of Reorganization pursuant to 11 U.S.C. §§ 1125(a) and 1129(a)  In support thereof, the Committee States as follows:

**Background**

1. The Debtor, Hubbard Properties, LLC ("**Debtor**"), filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on January 27, 2011.

2. On May 11, 2011, the United States Trustee for the Middle District of Florida appointed the Official Committee of Unsecured Creditors pursuant to 11 U.S.C. § 1102.

3. On April 27, 2011, the Debtor filed its Chapter 11 Plan of Reorganization (Doc. No. 82) and Disclosure Statement (83).

4. The confirmation hearing in this case is presently scheduled for July 21, 2011.

5. On July 8, 2011, the Debtor filed its Motion to Refer Confirmation Related Issues to Mediation and Reschedule Confirmation Hearing and Extend Related Deadlines ("**Motion to Continue**") (Doc. No. 123).  In the Motion to Continue, the Debtor requested that this Co

6. On July 8, 2011, the Committee filed its Motion to Abate Amended Order Conditionally Approving Disclosure Statement of Hubbard Properties, LLC and to Continue Confirmation Hearing ("**Committee Motion to Continue**") (Doc. No. 125).

7. While both the Debtor and the Committee believe a postponement of the confirmation hearing is appropriate as it will afford all parties the opportunity work towards a resolution of all outstanding issues, the Committee raises the following objections to the Plan and Disclosure Statement in the event the respective motions to continue are not granted.

## Basis for Relief

8. The Committee objects to the Disclosure Statement pursuant to 11 U.S.C. § 1125(a) in that it fails to provide adequate information to allow unsecured creditors to make an informed decision when voting for the Plan. The Committee has attempted to address the Debtor's failure to provide adequate information in the Disclosure Statement by requesting that the Debtor provide the Committee with certain financial information, but the Debtor has failed to comply with such requests.

9. The committee objects to the Plan on the following basis: (i) the plan fails to comply with 11 U.S.C. § 1129(a)(7) because the Debtor has failed to demonstrate that the Plan is in the best interest of creditors; (ii) the plan fails to comply with 11 U.S.C. § 1129(a)(10) to the extent the Debtor does not get an affirmative vote of an impaired class of creditors; (iii) the plain fails to satisfy 1129(a)(11) in that the Debtor has not demonstrated that the Plan is not likely to be followed by the need for further liquidation; (iv) the Plan violates the absolute priority rule embodied in 11 U.S.C. § 1129(b) in that it proposes to pay unsecured creditors less than the full value of their claims and purports to leave the equity interests unimpaired; and (v) the Plan

violates 11 U.S.C. § 1129(b) in that the Debtor's proposed treatment of unsecured creditors is not fair and equitable.[1]

10. In light of the existing circumstances descried in footnote one below, the Committee hereby expressly reserves all of its rights, remedies and objections.

**WHEREFORE**, the Committee respectfully requests that this Court enter an order: (i) sustaining this Objection; (ii) denying confirmation of the Debtor's Chapter 11 Plan of Reorganization; and (iii) grant such other and further relief as this Court deems appropriate and just.

**DATED** this 14th day of July, 2011.

*/s/ Patrick M. Mosley*
Michael P. Brundage
Florida Bar No. 611621
Patrick M. Mosley
Florida Bar No. 0033735
Hill, Ward & Henderson, PA
101 E. Kennedy Blvd., Suite 3700
Tampa, Florida 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
Email: mbrundage@hwhlaw.com
Email: pmosley@hwhlaw.com

*Counsel for Official Committee of Unsecured Creditors*

---

[1] In reliance upon the Debtor's Motion to Continue and the fact that the Debtor has failed to provide the Committee with financial information which the committee has reasonable requested and entitled, the committee is unable to ascertain with any certainty as to whether the Plan is feasible or not. Consequently, the Committee raises the objections in this Objection to ensure that the Committees legal positions are preserved.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Official Committee of Unsecured Creditors Objection to the Disclosure Statement and Confirmation of the Debtor's Chapter 11 Plan of Reorganization has been provided by electronic notification via CM/ECF and/or by First Class U.S. Mail Postage Prepaid on this 14th day of July, 2011, to the following:

United States Trustee
501 East Polk Street, Suite 1200
Tampa, Florida 33602

Hubbard Properties, LLC
150 John's Pass Boardwalk West
Madeira Beach, FL 33708

David S. Jennis
Kathleen L. DiSanto
Jennis & Bowen, P.L.
400 N. Ashley Drive, Suite 2540
Tampa, Florida 33602

W. Keith Fendrick
Holland & Knight LLP
100 N. Tampa St., Suite 4100
Tampa, Florida 33602

*/s/ Patrick M. Mosley*
Patrick M. Mosley