UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



In re:

HUBBARD PROPERTIES, LLC,

      Debtor.

Case No. 8:11-bk-1274-KRM
Chapter 11

_____/

## BALLOT FOR ACCEPTING OR REJECTING CHAPTER 11 PLAN[1]

    Hubbard Properties, LLC's Plan of Reorganization (the "Plan") referred to in this Ballot can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the Holders of at least two-thirds in amount and more than one-half in number of each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

### SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS
[For a full description of the Claims or Interests in each Class, please refer to the Plan]

| Class | Description of Claim or Interest |
|---|---|
| 1 | Priority Claims |
| 1A | Secured Claim of Pinellas County Tax Collector |
| 2 | Secured Claim of Investors Warranty of America, Inc. ("IWA") |
| 3A | Secured Claim of Butterfield Bros., LLC |
| 3B | Secured Claim of Nagasti, Inc. |
| 4 | Administrative Convenience Claims |
| 5 | General Unsecured Claims |
| 6 | IWA Deficiency Claim |
| 7 | Equity Interests |

**Class 5 Election – ONLY APPLICABLE TO HOLDERS OF GENERAL UNSECURED CLAIMS**

☑ If you are the Holder of a Class 5 General Unsecured Claim, check this box if you wish to elect to receive payment of the Electing Unsecured Claim Amount in four (4) biannual installments commencing on (a) the later of the Effective Date or the date of the Debtor's receipt of payment of the BP Claim, and (b) continuing on the last day of the 6th, 12th, and 18th month following the Effective Date.

Holders of allowed Class 5 Unsecured Claims that do not timely make an Unsecured Creditor Election by checking the box above shall instead receive payment pursuant to Section 4.6.1.2 of the Plan.

---

[1] Capitalized terms used herein shall have the same meanings assigned to those terms in the Plan.
{00154401.DOC;1}

In re: Hubbard Properties, LLC
Case No. 8:11-bk-1274-KRM

Please complete the information in the appropriate space below and return the Ballot, so as to be <u>actually received</u> on or before **Wednesday, July 13, 2011 at 4:00 p.m. (EDT)**, to the Bankruptcy Court at the following addresses:

Clerk, United States Bankruptcy Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Ave., 5th Floor
Tampa, FL 33602-3826

And send a copy of this Ballot to:

David S. Jennis
Jennis & Bowen, P.L.
400 N. Ashley Drive, Suite 2540
Tampa, Florida 33602
Counsel for Debtor, Hubbard Properties, LLC

To have your vote count, you must fully complete and return this Ballot by the deadline. If you hold Claims in more than one Class entitled to vote on the Plan, please make a copy of this Ballot and fill out a separate Ballot for each such Class in which your Claims(s) belong.

---

**Name of Creditor:** SSA Security, Inc.

**Amount of Claim:** $ 32,903.53   **Class:** 5

The undersigned, a creditor of the above-named Debtor, in the unpaid principal amount stated above,

[✓]  Accepts          [ ]  Rejects

the Plan proposed by the Debtor dated April 27, 2011.

---

Signed: _[signature]_

Print or Type Name: Kyle R. Lindskog

Title: Attorney

Name of Company: Shankman Leone, P.A.

Address: 609 E. Jackson St, Ste. 100
Tampa FL 33602

{00154401.DOC:1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

HUBBARD PROPERTIES, LLC,

    Debtor.

Case No. 8:11-bk-1274-KRM
Chapter 11

_____/

## BALLOT FOR ACCEPTING OR REJECTING CHAPTER 11 PLAN[1]

Hubbard Properties, LLC's Plan of Reorganization (the "Plan") referred to in this Ballot can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the Holders of at least two-thirds in amount and more than one-half in number of each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

**SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS**
[For a full description of the Claims or Interests in each Class,
please refer to the Plan]

| Class | Description of Claim or Interest |
|---|---|
| 1 | Priority Claims |
| 1A | Secured Claim of Pinellas County Tax Collector |
| 2 | Secured Claim of Investors Warranty of America, Inc. ("IWA") |
| 3A | Secured Claim of Butterfield Bros., LLC |
| 3B | Secured Claim of Nagasti, Inc. |
| 4 | Administrative Convenience Claims |
| 5 | General Unsecured Claims |
| 6 | IWA Deficiency Claim |
| 7 | Equity Interests |

**Class 5 Election – ONLY APPLICABLE TO HOLDERS OF GENERAL UNSECURED CLAIMS**

☐ If you are the Holder of a Class 5 General Unsecured Claim, check this box if you wish to elect to receive payment of the Electing Unsecured Claim Amount in four (4) biannual installments commencing on (a) the later of the Effective Date or the date of the Debtor's receipt of payment of the BP Claim, and (b) continuing on the last day of the 6th, 12th, and 18th month following the Effective Date.

Holders of allowed Class 5 Unsecured Claims that do not timely make an Unsecured Creditor Election by checking the box above shall instead receive payment pursuant to Section 4.6.1.2 of the Plan.

---

[1] Capitalized terms used herein shall have the same meanings assigned to those terms in the Plan.

{00154401.DOC;1}

In re: Hubbard Properties, LLC
Case No. 8:11-bk-1274-KRM

Please complete the information in the appropriate space below and return the Ballot, so as to be <u>actually received</u> on or before **Wednesday, July 13, 2011 at 4:00 p.m. (EDT)**, to the Bankruptcy Court at the following addresses:

Clerk, United States Bankruptcy Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Ave., 5th Floor
Tampa, FL 33602-3826

And send a copy of this Ballot to:

David S. Jennis
Jennis & Bowen, P.L.
400 N. Ashley Drive, Suite 2540
Tampa, Florida 33602
Counsel for Debtor, Hubbard Properties, LLC

  To have your vote count, you must fully complete and return this Ballot by the deadline. If you hold Claims in more than one Class entitled to vote on the Plan, please make a copy of this Ballot and fill out a separate Ballot for each such Class in which your Claims(s) belong.

---

**Name of Creditor:** Investors Warranty of America, Inc.

**Amount of Claim:** $7,404,980.15 (es **Class:** 6

The undersigned, a creditor of the above-named Debtor, in the unpaid principal amount stated above,

  [ ]  Accepts  [ x ]  Rejects

the Plan proposed by the Debtor dated April 27, 2011.

---

Signed: _____

Print or Type Name: W. Keith Fendrick, Esq.

Title: Attorney In Fact For IWA

Name of Company: Holland & Knight LLP

Address: 100 North Tampa Street, Suite 4100

    Tampa, FL 33602

{00154401.DOC;1}



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

HUBBARD PROPERTIES, LLC,

Debtor.

Case No. 8:11-bk-1274-KRM
Chapter 11

_____/

## BALLOT FOR ACCEPTING OR REJECTING CHAPTER 11 PLAN[1]

Hubbard Properties, LLC's Plan of Reorganization (the "Plan") referred to in this Ballot can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the Holders of at least two-thirds in amount and more than one-half in number of each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

### SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS
[For a full description of the Claims or Interests in each Class, please refer to the Plan]

| Class | Description of Claim or Interest |
|---|---|
| 1 | Priority Claims |
| 1A | Secured Claim of Pinellas County Tax Collector |
| 2 | Secured Claim of Investors Warranty of America, Inc. ("IWA") |
| 3A | Secured Claim of Butterfield Bros., LLC |
| 3B | Secured Claim of Nagasti, Inc. |
| 4 | Administrative Convenience Claims |
| 5 | General Unsecured Claims |
| 6 | IWA Deficiency Claim |
| 7 | Equity Interests |

**Class 5 Election – ONLY APPLICABLE TO HOLDERS OF GENERAL UNSECURED CLAIMS**

☐ If you are the Holder of a Class 5 General Unsecured Claim, check this box if you wish to elect to receive payment of the Electing Unsecured Claim Amount in four (4) biannual installments commencing on (a) the later of the Effective Date or the date of the Debtor's receipt of payment of the BP Claim, and (b) continuing on the last day of the 6th, 12th, and 18th month following the Effective Date.

Holders of allowed Class 5 Unsecured Claims that do not timely make an Unsecured Creditor Election by checking the box above shall instead receive payment pursuant to Section 4.6.1.2 of the Plan.

---

[1] Capitalized terms used herein shall have the same meanings assigned to those terms in the Plan.

{00154401.DOC;1}

In re: Hubbard Properties, LLC
Case No. 8:11-bk-1274-KRM

Please complete the information in the appropriate space below and return the Ballot, so as to be <u>actually received</u> on or before **Wednesday, July 13, 2011 at 4:00 p.m. (EDT)**, to the Bankruptcy Court at the following addresses:

Clerk, United States Bankruptcy Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Ave., 5th Floor
Tampa, FL 33602-3826

And send a copy of this Ballot to:

David S. Jennis
Jennis & Bowen, P.L.
400 N. Ashley Drive, Suite 2540
Tampa, Florida 33602
Counsel for Debtor, Hubbard Properties, LLC

To have your vote count, you must fully complete and return this Ballot by the deadline. If you hold Claims in more than one Class entitled to vote on the Plan, please make a copy of this Ballot and fill out a separate Ballot for each such Class in which your Claims(s) belong.

---

**Name of Creditor:** Investors Warranty of America, Inc.

**Amount of Claim:** $21,000,000 (est  **Class:** 2

The undersigned, a creditor of the above-named Debtor, in the unpaid principal amount stated above,

[ ]  Accepts          [x]  Rejects

the Plan proposed by the Debtor dated April 27, 2011.

---

Signed: _____

Print or Type Name: W. Keith Fendrick, Esq.

Title: Attorney In Fact For IWA

Name of Company: Holland & Knight LLP

Address: 100 North Tampa Street, Suite 4100

Tampa, FL 33602

{00154401.DOC;1}