UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

HUBBARD PROPERTIES, LLC,            Case No. 8:11-bk-1274-KRM
                                              Chapter 11
         Debtor.
_____/

**DEBTOR'S MOTION TO CONTINUE
HEARINGS ON CONFIRMATION AND OBJECTION
TO CLAIM #17 OF INVESTORS WARRANTY OF AMERICA, INC.**

*(Expedited Relief Without a Hearing Requested)*

Hubbard Properties, LLC (the "Debtor"), by counsel, seeks the entry of an order continuing certain matters currently scheduled for August 25, 2011, at 9:30 a.m. (the "Hearing"). In addition to a status conference, the following matters (collectively, the "Matters") are currently scheduled to be considered at the Hearing:

(1) Combined Disclosure/Confirmation;

*Official Committee of Unsecured Creditors Objection to the Disclosure Statement and Confirmation of the Debtor's Chapter 11 Plan of Reorganization* (Doc. 140) (the "Confirmation Objection");

(2) *Debtor's Motion to Refer Confirmation Related Issues to Mediation and Reschedule Confirmation Hearing and Extend All Related Deadlines* (Doc. 123) (the "Mediation Motion");

(3) *Motion to Abate Amended Order Conditionally Approving Disclosure Statement of Hubbard Properties, LLC and to Continue Confirmation Hearing* (Doc. 125) (the "Abatement Motion");

(4) *Objection to Proof of Claim of Investors Warranty of America* (Doc. 124) (the "POC Objection"); and

(5) *Motion of Investors Warranty of America, Inc. to Temporarily Allow Claim for Voting Purposes* (Doc. 135) (the "IWA Motion").

{00160517.DOC;1}

due to the unavailability of Keith Fendrick ("Fendrick"), counsel for Investors Warranty of America ("IWA"), is a key party with respect to the Matters set for Hearing. In support, the Debtor states as follows:

1. On July 21, 2011, at a hearing on the Confirmation Objection, the Mediation Motion, the Abatement Motion, the POC Objection, and the IWA Motion, the Court determined it was appropriate to continue consideration of the Matters until the Hearing.

2. Pursuant to the Court's oral ruling at the July 21, 2011 hearing, mediation in this bankruptcy case has been scheduled for August 17, 2011 at 9:00 a.m.

3. On August 3, 2011, counsel for the Debtor learned that Fendrick would not be available to attend the Hearing, due to a prior professional commitment.

4. The Debtor believes that it will be a necessary for Fendrick to participate in the Hearing on behalf of IWA and his proffers will be essential to some or all of the Matters set for Hearing.

5. Pursuant to Local Rule 5071-1, the Debtor has conferred with Fendrick, as counsel for IWA, Patrick Mosley, as counsel for the Official Committee of Unsecured Creditors, and Denise Barnett, the U.S. Trustee, and all parties consent to the continuation of the Matters to September 8, 2011 at 9:30 a.m.

6. Accordingly, the Debtor requests, with the exception of the status conference scheduled for the Hearing, that the Matters currently scheduled for the Hearing be rescheduled for **September 8, 2011 at 9:30 a.m.**

7. The Debtor requests that the Court hold the status conference currently scheduled to be heard at the Hearing on **August 25, 2011 at 9:30 a.m.**

WHEREFORE, the Debtor respectfully requests the entry of an order (i) continuing the Matters currently set for hearing on August 25, 2011, to **September 8, 2011 at 9:30 a.m.**, (ii) confirming that the status conference currently scheduled for **August 25, 2011 at 9:30 a.m.** will occur, and (iii) for such other and further relief as the Court deems appropriate.

DATED this 8th day of August 2011.

        */s/ David S. Jennis*
David S. Jennis
Florida Bar No. 775940
**Jennis & Bowen, P.L.**
400 N. Ashley Drive, Ste. 2540
Tampa, Florida 33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707
djennis@jennisbowen.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by U.S. Mail, postage prepaid to: **Keith Fendrick**, Holland & Knight LLP, 100 N. Tampa St., Suite 4100, Tampa, FL 33602-3644; **Patrick Mosley**, Hill, Ward & Henderson, P.A., 101 E. Kennedy Blvd., Suite 3700, Tampa, FL 33602; **Denise Barnett,** United States Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602; those parties listed on the Court's L.B.R. 1007-2 Parties-In-Interest List (attached); and to those parties who receive electronic notices via CM/ECF in the ordinary course of business, on this 8th day of August 2011.

        */s/ David S. Jennis*
David S. Jennis