UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

HUBBARD PROPERTIES, LLC,   Case No: 8:11-bk-1274-KRM

    Debtor.   Chapter 11
_____/

**ORDER FURTHER RESCHEDULING CONFIRMATION HEARING,
SCHEDULING STATUS CONFERENCE, AND EXTENDING
EXCLUSIVITY AND CONFIRMATION DEADLINES**

THIS CASE came before the Court on September 15, 2011 at 10:30 a.m. for a status conference, at which time the Court was advised as to the status of the continued discussions between Hubbard Properties, LLC (the "**Debtor**"), Investors Warranty of America, Inc. ("**IWA**") and the Official Committee of Unsecured Creditors (the "**Committee**") following the August 17, 2011 mediation previously ordered by the Court. Based on representations made by counsel for the Debtor, counsel for IWA, and counsel for the Committee, the Court finds it appropriate to continue and reschedule consideration of confirmation of the *Plan of Reorganization of Hubbard Properties, LLC* (Doc. No. 82) (the "**Plan**"), final approval of the *Disclosure Statement in Connection with Plan of Reorganization of Hubbard Properties, LLC* (Doc. No. 83) and other scheduled matters, to a later date to be determined. Appearances were made as reflected on the record. For the reasons stated orally and recorded in open Court that shall constitute the decision of the Court, it is

{00165173.DOC;1}

**ORDERED:**

1. The following matters are hereby continued and shall be rescheduled to a later date to be determined:

   (a) *Combined hearing on confirmation of the Plan and final approval of the Disclosure Statement*;

   (b) *Official Committee of Unsecured Creditors Objection to the Disclosure Statement and Confirmation of the Debtor's Chapter 11 Plan of Reorganization* (Doc. 140);

   (c) *Objection to Proof of Claim of Investors Warranty of America* (Doc. 124); and

   (d) *Motion of Investors Warranty of America, Inc. to Temporarily Allow Claim for Voting Purposes* (Doc. 135).

2. The Court will conduct a status conference on **November 14, 2011 at 1:00 p.m**.

3. Absent further order of this Court, the Debtor shall file any amendment to the Plan, or file an amended plan, on or before **November 15, 2011**.

4. All deadlines established by the Court's *Amended Order Conditionally Approving Disclosure Statement, Fixing Time to File Objections to the Disclosure Statement, Fixing Time to File Applications for Administrative Expenses, Setting Hearing on Confirmation of the Plan, and Setting Deadlines with Respect to Confirmation Hearing* (Doc. No. 93) are hereby extended and will be reset by further Order of the Court.

5. The period in which only the Debtor may file and solicit votes in favor of a plan of reorganization under Section 1121(c)(3) of the Bankruptcy Code is extended through the conclusion of any rescheduled confirmation hearing.

**DONE** and **ORDERED** in Tampa, Florida on ____ October 13, 2011 ____.

K. Rodney May
United States Bankruptcy Judge

Copies provided by CM/ECF or BNC to:

David S. Jennis, Jennis & Bowen, P.L., 400 N. Ashley Dr., Suite 2540, Tampa, FL 33602
Keith Fendrick, Holland & Knight LLP, 100 N. Tampa St., Suite 4100, Tampa, FL 33602-3644
Patrick Mosley, Hill, Ward & Henderson, P.A., 101 E. Kennedy Blvd., Suite 3700, Tampa, FL 33602
Denise Barnett, United States Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602
All creditors and parties in interest